**1366**

Felton SHOWERS, Plaintiff,

v.

DET BERGENSKI DAMPSKIBSSEL-
SKAB, Defendant-Third Party
Plaintiff,

v.

SOUTHPORT TERMINALS, INC., Third
Party Defendant-Fourth Party
Plaintiff-Appellee,

v.

The HOME INDEMNITY COMPANY,
Fourth Party Defendant-
Appellant.

No. 71-2123

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 1971.

Gary M. Witters, of Allen, Dell, Frank & Trinkle, Tampa, Fla., for Home Indem. Co.

William F. McGowan, Jr., of Carlton, Fields, Ward, Emmanuel, Smith & Cut-ler, Tampa, Fla., for Southport Terminals, Inc.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed.[1]   See Local Rule 21.[2]

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. Southport Terminals, Inc. applies for the allowance under Florida Statute Section 627.0127, F.S.A. of additional attorneys' fees as a part of the costs on this appeal. The statute contemplates such fees, but we deem it appropriate that their allowance be considered by the District Court

rather than by this Court. That court is directed to consider an application therefor by Southport upon the going down of our mandate. Serbin, Inc. v. Key West Hand Print Fabrics, Inc., 5 Cir. 1967, 381 F.2d 735, 736; D/S Ove Skou v. Hebert, 5 Cir. 1966, 365 F.2d 341, 353.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.